82,951-01

March 5, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
Post Office Box 12308
Austin, Texas   78711-2308

Re: <u>Pending Habeas Corpus Application</u>

<u>Trial No. W11-52654-Y(A)</u>

Dear Mr. Acosta:

Enclosed for timely and proper fileing is <u>APPLICANT'S</u>
<u>MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE TRIAL</u>
<u>COURT'S JANUARY 22, 2015 FINDING OF FACT AND CONCLUSIONS OF LAW</u>
<u>BASED ON NEW CASE LAW DECIDED BY THE SUPREME COURT OF THE UNITED</u>
<u>STATES</u>.

Thank you for presenting this to the Court.

Yours Sincerely,

*Gonzalo Hernandez*
Gonzalo Hernandez, #1801383
Polunsky Unit
3872 Fm 350 South
Livingston, Texas      77351

MOTION DISMISSED
DATE: 4-20-15
BY: P.C.

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 13 2015
Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

EX PARTE                          §
                                  §
                                  §
                                  §        TRIAL NO. W11-52654-Y(A)
                                  §
                                  §
                                  §
GONZALO HERNANDEZ                  §


APPLICANT'S MOTION FOR AN EXTENSION OF TIME TO FILE
OBJECTIONS TO THE TRIAL COURT'S JANUARY 22, 2015
FINDING OF FACT AND CONCLUSIONS OF LAW BASED ON NEW
CASE LAW DECIDED BY THE SUPREME COURT OF THE UNITED
STATES.


COMES NOW, Gonzalo Hernandez, the Applicant herein, and timely requests an Extension of Time in which to prepare and file objections to the trial court's finding of fact and conclusions of law. In support thereof, Applicant would show:

I

Upon a plea of not guilty, a Dallas County, Texas jury found Applicant guilty to the offense of Continuous Sexual Abuse of a Child. The offense was alleged to have occurred on or about August 7, 2010. The same jury sentenced Applicant to 40 years imprisonment. The Dallas Court of Appeals affirmed the judgement of the trial court on March 21, 2014 in an unpublished opinion. No Petition for Discretionary Review was prosecuted.

II

Applicant has never been previously convicted of a felony

and is proceeding pro se in the above styled habeas corpus application.

### III

At the time of Applicant's appeal he was unaware of the Supreme Court decision announced in Martinez v Ryan, ___ U.S. ___, 132 S.Ct. 1309, 162 L.Ed.2d 272 (2012), providing for the assistance of counsel in collateral ineffective assistance of counsel claims that are no longer available on direct appeal.

### IV

The follow-up case, announced one year later in Trevino v Thaler, ___ U.S. ___, 133 S.Ct. 1911, 185 L.Ed.2d 1044 (2013), determined that Martinez applied to Texas cases.

### V

Accordingly, Applicant would like the opportunity to request the appointment of counsel in the trial court so that counsel can review the entire trial proceedings (Applicant had to file his habeas corpus without benefit of reviewing the record) in support of Applicant's ineffective assistance of trial counsel claims.

Wherefor, for these reasons Applicant prays the Honorable Court of Criminal Appeals will grant Applicant 30 days in which to submit his objections.

Respectfully Submitted.

*Gonzalo Hernández*
Gonzalo Hernandez, #1801383
Polunsky Unit
3872 Fm 350 South
Livingston, Texas        77351

-2-